**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SNYDER & ASSOCIATES AQUISITIONS
LLC, a California limited liability
company; TOTAL TAX
PREPARATIONS, INC., a California
corporation,

*Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee.*

No. 15-56011

D.C. No.
8:14-cv-01350-
CJC-RNB

ORDER

Filed July 13, 2017

Before: Susan P. Graber, Jay S. Bybee,
and Morgan Christen, Circuit Judges.

**ORDER**

Plaintiffs-Appellants' petition for panel rehearing (Dkt. # 38) is **GRANTED**.  The opinion filed June 16, 2017, is amended as follows:  (1) on page two, "millions of plaintiffs' dollars" is replaced with "plaintiffs' money"; (2) on page two, "into bankruptcy" is replaced with "out of business"; and (3) all uses of the word "privileges" on pages two, six, fourteen, and twenty are replaced with "authorization."  No further petitions for panel rehearing or rehearing en banc will be considered.